**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Mohamed A.,<br><br>Petitioner,<br><br>v.<br><br>Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, and David Easterwood,<br><br>Respondents. | Case No. 25-CV-4515 (MJD/ECW)<br><br>**ORDER** |

---

**IT IS HEREBY ORDERED THAT:**

1. Respondents are directed to file an answer to Petitioner Mohamed A.'s Verified Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Dkt. 1 ("Petition")) within 7 days of this Order's date, certifying the true cause and proper duration of Mohamed A.'s confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

   a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Mohamed A.'s detention in light of the issues raised in the Petition;

   b. A reasoned memorandum of law and fact explaining Respondents' legal position on Mohamed A.'s claims; and

c. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Mohamed A. intends to file a reply to Respondents' answer, he must do so within 7 days of the date of the answer's filing. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: December 4, 2025

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge