# UNITED STATES DISTRICT COURT
## District of Minnesota

### JUDGMENT IN A CIVIL CASE

Mohamed Arte,

Petitioner(s),

v.

Case Number: 25-cv-4515 MJD/ECW

Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review and David Easterwood,

Respondent(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Mohamed A.'s Emergency Motion for Temporary Restraining Order **[Doc. 4]** is **GRANTED in part** as follows:

1. Respondents are **PRELIMINARYLY ENJOINED** from moving Petitioner outside of the geographic boundaries of the District of Minnesota;

2. Respondents must hold a bond hearing in accordance with 8 U.S.C. § 1226(a) to determine Petitioner's ongoing custody within seven days;

3. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) as required herein, Petitioner must be immediately released from detention; and

4. Within seven days of the date of this Order, the parties shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Petitioner's release.

Date: 12/12/2025

KATE M. FOGARTY, CLERK