**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mohamed Arte,

Petitioner,

v.

**ORDER DISMISSING WRIT OF HABEAS CORPUS**
Civil File No. 25-04515 (MJD/ECW)

Pamela Bondi, et al.,

Respondents.

---

David Wilson, Gabriela Sophia Anderson, Wilson Law Group, Counsel for Petitioner.

Ana H. Voss, Assistant United States Attorney, Counsel for Federal Respondents.

---

On December 11, 2025, the Court granted in part Petitioner Mohamed Arte's Petition for Writ of Habeas Corpus. (Doc. 17.) As part of that Order, the parties were required to provide the Court with a status report concerning the results of any bond hearing conducted pursuant to the Order and/or advise the Court regarding Petitioner's release from detention.

On December 18, 2025, the parties provided a joint status update informing the Court that (1) the Immigration Court had held a bond hearing that morning, and (2) Petitioner had been released from custody upon payment of a $1500 bond. (Doc. 19.)

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Mohamed Arte's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 18, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court