# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Mohamed Arte,<br><br>                    Petitioner,<br><br>v.<br><br>Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Daren K. Margolin, Executive Office for Immigration Review, David Easterwood,<br><br>                    Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 25-cv-4515 MJD/ECW |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

   Petitioner Mohamed Arte's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

Date: 1/18/2026                                                                                          KATE M. FOGARTY, CLERK